**SIMONIAN & SIMONIAN, PLC**
SHIRAZ SIMONIAN (SBN 247150)
Email: shiraz@simonianlawfirm.com
SEVAG SIMONIAN (SBN 279232)
Email: sevag@simonianlawfirm.com
144 N. Glendale Ave., Suite 228
Glendale, CA 91206
Tel: 818-405-0080
Fax: 818-405-0082

Attorneys for Plaintiffs
TIMOTHY HANLON and
THANH TO

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HANLON, an individual; THANH TO, an individual<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA, a public governmental entity; CARLOS MARTEL, an individual; and DOES 1 to 10<br><br>Defendant(s). | CASE NO.:<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

COME NOW the Plaintiffs TIMOTHY HANLON and THANH TO (hereinafter, "PLAINTIFFS"), residing in the city of San Pedro, County of Los Angeles and State of California, complaining against Defendants, UNITED STATES OF AMERICA (hereinafter "USA"), CARLOS MARTEL (hereinafter "MARTEL"), and DOES 1 to 10 (collectively herein referred to as "DEFENDANTS") state as follows:

1
**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

## NATURE OF THIS ACTION

1. This action involves claims for personal injuries and damages sustained by PLAINTIFFS arising from a motor vehicle collision, with a governmental vehicle, operated by the United States Customs and Border Protection, and driven by MARTEL, in the course of his employment with the United States Customs and Border Protection, who was solely at fault for causing the accident.

## JURISDICTION AND VENUE

2. This is an action against Defendants USA and MARTEL under the Federal Tort Claims Act (28 U.S.C. §2671, et seq.) and 28 U.S.C. §1346(b)(1), for negligence in connection with an automobile accident caused by an employee of the United States Customs and Border Protection, an agency of Defendant USA.

3. The claim herein is brought against Defendants USA and MARTEL pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, et seq.) and 28 U.S.C. §1346(b)(1), for money damages as compensation for personal injuries caused by the negligence of an employee of the United States Customs and Border Protection, an agency of Defendant USA.

4. This automobile accident occurred on November 1, 2018 at approximately 8:30 a.m. in the city of Los Angeles.

5. PLAINTIFFS complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act by filing the form on or around January 27, 2020 with supporting documentation.

6. That Claim was received by the United States Customs and Border Protection on or around February 10, 2020, which is an agency of Defendant USA.

7. The United States Customs and Border Protection denied PLAINTIFFS' claim on August 19, 2020, indicating that "the party at fault for the accident was not an employee of the government."

8. The United States Customs and Border Protection thereafter issued another letter on September 8, 2020 clarifying their prior position and stating that it "does not deny that [Director of Feld Operations] Martel was the driver of the government vehicle and is a federal employee."

9. This suit is being filed by PLAINTIFFS against Defendants USA and MARTEL after the United States Customs and Border Protection's denial of the Claim and less than two years after the incident forming the basis of this suit.

10. Accordingly, this Court has jurisdiction over the within matter.

**COUNT ONE - NEGLIGENCE**

11. On or about November 1, 2018, PLAINTIFFS TIMOTHY HANLON and THANH TO were the driver and passenger, respectively, of a 2008 Mercedes CLK550, proceeding northbound on Gaffey Street in the City of San Pedro, County of Los Angeles, State of California.

12. At the same time and place as aforementioned, an employee of the United States Customs and Border Protection, MARTEL, was operating a vehicle owned by the Unites States Customs and Border Protection, an agency of Defendant USA, and proceeding eastbound on 4th Street in the City of San Pedro, County of Los Angeles, State of California, when MARTEL failed to stop at a stop sign, causing a collision with PLAINTIFFS.

13. At all times herein referenced, MARTEL, was employed by the United States Customs and Border Protection, an agency of the Defendant USA, and was acting within the scope of said employment of office.

14. At all times referenced herein, the vehicle operated by MARTEL was owned and maintained by the United States Customs and Border Protection, an agency of Defendant USA.

15. The United States Customs and Border Protection, an agency of Defendant USA, and their employee, MARTEL, were negligent in the ownership, maintenance,

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

operation, possession and control of the automobile driven by MARTEL, so as to cause the same to disregard traffic conditions and crash into the vehicle which was being operated by PLAINTIFFS.

16. As a direct and proximate result of the negligence of the United States Customs and Border Protection, an agency of the Defendant USA, and its employee, MARTEL, in the operation, control, ownership and maintenance of this motor vehicle, PLAITNIFFS TIMOTHY HANLON and THANH TO sustained severe and diverse personal injuries for which they have incurred and will continue to incur medical expenses, loss of income, pain and suffering, discomfort, inconvenience, emotional distress, disabilities and restrictions on their normal daily activities, loss of quality and enjoyment of life's pleasures, and any and such further damages as will be proven at the time of trial and which the Court deems appropriate.

17. The severity and diversity of PLAINTIFFS TIMOTHY HANLON and THANH TO's injuries having continually deteriorated following filing of their Claim, newly discovered and intervening facts now exist which have caused PLAINTIFFS TIMOTHY HANLON and THANH TO to incur and continue to incur, to the present day, medical expenses, loss of income, pain and suffering, discomfort, inconvenience, emotional distress, disabilities and restrictions on their normal daily activities, loss of quality and enjoyment of life's pleasures, all of which will also be proven at the time of trial and which the Court deems appropriate.

WHEREFORE, PLAINTIFFS TIMOTHY HANLON and THANH TO pray for:

1. Judgment in PLAINTIFFS' favor and against Defendants UNITED STATES OF AMERICA and CARLOS MARTEL due to the aforementioned actions of MARTEL, an employee of Defendant USA's agency, the United States Customs and Border Protection, which is fair, just, and equitable;

2. Damages, including actual, general, and compensatory damages, including pain and suffering damages; income/wage loss; hospital and medical expenses, loss of earning capacity, and future hospital and medical expenses;

3. Prejudgment interest from November 1, 2018 to the date judgment is entered;

4. For an award of costs;

5. For such other and further relief as the Court deems just and proper.

## CERTIFICATION

The undersigned certifies that the matter in controversy is not the subject of any other action pending in any other court or of a pending arbitration proceeding nor is any other action or arbitration proceeding contemplated.

## DEMAND FOR JURY TRIAL

PLAINTIFFS TIMOTHY HANLON and THANH TO hereby demand trial by jury as to all issues raised by the within pleadings.

## DESIGNATION OF TRIAL COUNSEL

Shiraz Simonian, Esq. is designated as trial counsel as to all issues raised in the within pleadings.

Dated: October 12, 2020                     SIMONIAN & SIMONIAN, PLC


                                            BY: /s/ SHIRAZ SIMONIAN

                                            SHIRAZ SIMONIAN, ESQ.
                                            Attorneys for Plaintiffs
                                            TIMOTHY HANLON and THANH TO